S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 4:24-cr-00020-RRB-SAO |
|---|---|
| Plaintiff, | |
| vs. | COUNT 1<br>OBSTRUCTING JUSTICE BY<br>RETALIATING AGAINST A WITNESS<br>  Vio. of 18 U.S.C. § 1513(b)(2) |
| JUN LIANG, | |
| Defendant. | ENHANCED PENALTY ALLEGATION<br>  18 U.S.C. § 3147(1) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about September 30, 2024, within the District of Alaska, the defendant, JUN LIANG, did knowingly engage in conduct which caused bodily injury to Victim 1, with the intent to retaliate against Victim 1 for information given by Victim 1 to a law enforcement officer relating to the commission and possible commission of a Federal offense.

All of which is in violation of 18 U.S.C. § 1513(b)(2).

ENHANCED PENALTY ALLEGATION

The defendant, JUN LIANG, was on release pursuant to an order dated July 17, 2023, from the United States District Court for the District of Alaska, Case No. 4:23-CR-00013-01-RRB-SAO, which order notified the defendant of the potential effect of committing an offense while on pretrial release. On or about September 30, 2024, the defendant committed the offense of obstructing justice by retaliating against a witness in violation of 18 U.S.C. § 1513(b)(2).

All pursuant to 18 U.S.C. § 3147(1).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: 11/19/24